IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM CRAMER,** | : | Civil No. 1:22-CV-583 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **J. BOHINSKI, et al.,** | : | |
| | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 6th day of March 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 40) is GRANTED IN PART AND DENIED IN PART AS FOLLOWS: the motion is GRANTED with respect to the Due Process and First Amendment access-to-courts claims, and DENIED with respect to the First Amendment retaliation claim.

<u>S/ Martin C. Carlson</u><br>
Martin C. Carlson<br>
United States Magistrate Judge