IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM CRAMER, | Civ. No. 1:22-CV-583 |
| Plaintiff, | |
| v. | |
| | (Magistrate Judge Bloom) |
| J. BOHINSKI, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 10th day of April 2024, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion for summary judgment (Doc. 92) is GRANTED. The Clerk of Court is directed to close this case.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge